# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
JACINTA ROSE WHEELER

**WARRANT FOR ARREST**

CASE NUMBER: **3:19-cr-68-DCN**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JACINTA ROSE WHEELER** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 2, 113(a)(3), and 1153 - Assault with a Dangerous Weapon

RECEIVED
U.S. MARSHALS SERVICE
2019 FEB 22 AM 10:12
BOISE, IDAHO



United States Courts
District of Idaho
**ISSUED**
anniewilliams
on Feb 20, 2019 12:49 pm

Annie Williams, Deputy Clerk
Name and Title of Issuing Officer

February 20, 2019
Date

---

**RETURN**

This warrant was received _____ named individual at _____

_____

Signature of Arresting Officer

Arrested on: 2/21/19 within the District of OREGON
By: FBI

of the above-

Date of Arrest

Name & Title of Arresting Officer